**ATTACHMENT 1 (REVISED)**
**Vessels covered by this agreement**

|    | NAME OF VESSEL | IMO NUMBER | FLAG   |
|----|----------------|------------|--------|
| 1. | NICOS I.V.     | 9103843    | Greece |
| 2. | KRITI RUBY     | 9292577    | Greece |
| 3. | KRITI AMBER    | 9284817    | Greece |